# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MELISSA SCHAEFER**                                              **PLAINTIFF**

v.                      **No: 4:20-cv-01208-LPR-PSH**

**DOE**                                                                       **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 3). No objections have been filed and the time to do so has expired. After a careful and de novo review of the Proposed Findings and Recommendation as well as the record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Ms. Schaefer's Complaint (Doc. 1) is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of May 2021.

                                                              _____
                                                              LEE P. RUDOFSKY
                                                              UNITED STATES DISTRICT JUDGE